UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 08-10078-CR-MARTINEZ/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUERGEN HEINTZ WILLIAMS, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Stephen T. Brown (D.E. No. 163), recommending that Defendant Cameron Curry's Motion to Dismiss Counts 1 and 3 of the Indictment (D.E. No. 120) and Defendant Howard Bornstein's Motion to Dismiss Counts 1 and 3 of the Indictment (D.E. No. 126) be denied. No objections have been filed. Having reviewed the file and record, and being otherwise fully advised on the premises, it is

ORDERED AND ADJUDGED that

1. Magistrate Judge Brown's Report and Recommendation **(D.E. No 163)** is AFFIRMED and ADOPTED.

2. Defendant Cameron Curry's Motion to Dismiss Counts 1 and 3 of the Indictment **(D.E. No. 120)** is **DENIED**.

3. Defendant Howard Bornstein's Motion to Dismiss Counts 1 and 3 of the Indictment **(D.E. No. 126)** is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __10__ day of Sept, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record