UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 08-10078-CR-MARTINEZ-SNOW**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JUERGEN HEINZ WILLIAMS,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (the "Motion") [ECF No. 480]. Magistrate Judge Snow filed a Report and Recommendation [ECF No. 513], recommending that the Motion be denied, based on the fact that the record establishes by a preponderance of evidence that the amount of drugs involved in this case was 31,700 pounds of marijuana. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Snow's Report and Recommendation [ECF No. 513] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [ECF No. 480] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of June, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record
Juergen Heinz Williams, *pro se*